**RECEIVED**

MAY 04 2026

**BY MAIL**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
Eastern _____ **DIVISION**

)
)
)

*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )

Ricky Dean Diveley Junior #11d6224 )
v. )
)
U-haul Rentals, )
ASAS ~~Renting~~ Auto Repair )
)
Curtis Collins )
)

*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

**Plaintiff Requests Trial by Jury**
[X] Yes   [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: Ricky Dean Diveley Junior

Other names you have used: _____

Prisoner Registration Number: 1142224

Current Institution: E.R.D.C.C.

Indicate your prisoner status:

☐ Pretrial detainee          ☒ Convicted and sentenced state prisoner

☐ Civilly committed detainee    ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee        ☐ Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Kimberly Julian A.S.A. Auto Repair

Job or Title: Renting U-haul rentals/Secretary ASA AutoRepair

Badge/Shield Number: _____

Employer: U-haul Rental

Address: 3003 US Highway 67 South Festus Mo. 63028

✓ Individual Capacity          _____ Official Capacity

2

**Defendant 2**

Name: U-haul Company

Job or Title: all rental

Badge/Shield Number: _____

Employer: U-haul Rental

Address: 3003 U.S Highway 67 festus MO 63028

☒ Individual Capacity       ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

## III.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Anguish, Anxiety, Depression, loss of appetite, Back problems from laying on a 2 inch mat in a 8x10 cell for 23 a day, Severe Stress etc.

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages. Released from prison for false accusation

Be compensated for loss of wages for my companies and for cruel and unusual punishment including mental anguish and loss of clients for my income, All of the equipment lost, quality time with my new born daughter and 2 boys. $1.5 million - pain + suffering / loss mental anguish

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

☐ Yes        ☒ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

☐ Yes        ☒ No        ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

☐ Yes        ☐ No        ☐ Do not know

5

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes            ☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes            ☒ No

E.    If you did file a grievance: *wasn't able to to the fact I was Locked up,*

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*) ☒ N/A

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) ☒ N/A

6

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) N/A

F.    If you did not file a grievance: N/A

1.    If there are any reasons why you did not file a grievance, state them here: Did not have a grievance procedure

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Thomas Schmitz (Public Defender)
Ellen          (From Compas Health

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

phone records from Uhaul and Affidavit from Cameron Pederson showing my innocence

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☒ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):_____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes          ☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit

Plaintiff_____

Defendant(s) _____

2.  Court (*if federal court, name the district; if state court, name the state and county*)

3.  Docket or case number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.    Is the case still pending?

☐ Yes

☐ No  (*If no, give the approximate date of disposition*):  N/A

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of April , 20 26.

Signature of Plaintiff _____

10