**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RICKY DEAN DIVELEY, | ) |
| | ) |
|     Plaintiff, | ) |
|   v. | ) |
| | )     No. 4:26-cv-00687-SEP |
| KIMBERLY JULIAN, et al., | ) |
| | ) |
|     Defendants. | ) |

## <u>MEMORANDUM AND ORDER</u>

Before the Court are self-represented Plaintiff Rickey Diveley's Motion for Leave to File an Amended Complaint, second Application to Proceed in District Court Without Prepaying Fees or Costs,[1] and Motion for Appointment of Counsel.  *See* Docs. [6], [7] and [8].  On June 12, 2026, the Court stayed the matter pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), and administratively closed this action pending the final resolution, including any appeals and post-conviction motions, of Plaintiff's state court criminal proceedings in *State v. Diveley, Jr.*, No. 25JE-CR01965-01 (23rd Jud. Cir. Jefferson County).  Plaintiff's state court criminal matter is still pending.  *See id*.  Plaintiff's motions are therefore denied.

**IT IS HEREBY ORDERED** that Plaintiff's second Application to Proceed in District Court Without Prepaying Fees and Costs, Doc. [7], is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint, Doc. [6], is **DENIED** without prejudice.

**IT IS FINALLY ORDERED** that Plaintiff's Motion for Appointment of Counsel, Doc. [8], is **DENIED** without prejudice.

An appeal of this Order would not be taken in good faith.

Dated this 5th day of August, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was granted leave to proceed *in forma pauperis* on June 12, 2026, and he was assessed an initial partial filing fee of $1.00.